818

No. 77–1181. DEPARTMENT OF HUMAN RESOURCES OF TEXAS *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1234. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* COMPAGNIE NATIONALE AIR FRANCE. C. A. 2d Cir. Certiorari denied.

No. 77–1332. CITY OF VANCEBURG, KENTUCKY *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 77–1360. BRACY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1383. WATTS ET AL. *v.* BAYOU LANDING, LTD., DBA FLORIDA BOOK MART, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1402. ALBRECHTSEN ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied.

No. 77–1409. BAKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1417. MAURICE P. FOLEY CO., INC., ET AL. *v.* BALDERSON ET AL. C. A. D. C. Cir. Certiorari denied.